DORA MOGUL, widow of Samuel Mogul, *v.* SAMUEL MILLER.

TIME.

*(June* 9, 1932.)

RICHARDS, J., sitting.

*W. W. Knowles* and *W. Thomas Knowles* for plaintiff.

*Reuben Satterthwaite, Jr.,* and *William H. Foulk* for defendant.

Superior Court for New Castle County, Summons Case, No. 193, March Term, 1932.

RICHARDS, J., in granting the plaintiff's motion to dismiss or strike out the defendant's reasons for a new trial, *held* that the case was governed in principle by *Simkin v. Cole*, 2 *W. W. Harr.* (32 *Del.*) 271, 122 *A.* 191, and by *Section* 1430, *Rev. Code* 1915; and that such reasons should, therefore, have been filed on Monday, May 30, even though that was Memorial Day.